

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00188-CR

Mike **DAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0287
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The reporter's record in this appeal was due April 27, 2014; however, the court granted the reporter, Charles Richardson, an extension of time until May 27 to file the record. The record was not filed. Instead, the reporter filed a notification of late record on June 9, requesting an additional thirty days to file the record.

We order Charles Richardson to file the record **by June 26, 2014** (sixty days after the original due date). Richardson is advised that the court will not grant a further extension of time unless he (1) establishes there are extraordinary circumstances that prevent him from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court